FILED
JUN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

US District court of Washington DC
333 Constitution Av Washington, DC 20001

John F. Harrah, sr..
PO box 32135
Washington DC 20007

VS

Treasurer of US
Department of Treasury
1500 Pennsylvania Av Nw Rm 2134
Washington DC 20220

CASE NUMBER  1:06CV01145

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 06/23/2006

Complaint

On May 25, 2007 Chief Justice began 6 decisions in the SC 02-688 and we couldn't get a check in the matter no matter what. This is a civil action law suit, to recover the actaul check of actual damages of $800 million to fund the successful law suit. In this first complaint is composed of letters to the Treasury of the past in which is sready to go now and will provide a subsstantial uknder stnating of this law suit to recover the actual damages awarded by the court.

Relief Requested

Relief is as asked for the same as alwasy since this law suit was filed over six years ago and enumerated above and Judged the same way.

Exhibits 1-5
Letters to Clerk of Court and Treasurer

Resectfully Submitted

Pro Se Litigant
John F. Harrah
PO Box 32135
Washington DC 20007
202 256 3529

## SUPREME COURT OF THE UNITED STATES
### 1 First Street, N. E. Washington, DC 20543

Clerk of Court                                                3/.22/.06
Supreme Court of the US
The Hon william K. Suter
1 First St NE
Washington DC 20543

Dear Sir:

I am the owner of the civil action case on the caption of this document and it has come to my attention that some action may have been taken on the cases a week ago dated about March 15, 2006. It there is any action, we wish to take rule 60 action to preclude it going any further.

This case was known to be exempted from the Patriot Act and signed no documents or made no verbal agreements that could lead someone to think that I could be left out of any communications. It has been the subject on the H-8 for the past 2 Years or so\

We are the owners of the case and have been since it was filed.


Sincerely


John F. Harrah sr.


                                                    Pro Se Litigant
                                                    John F. Harrah
                                                    PO Box 32135
                                                    Washington DC 20007
                                                    (202) 256 3529

