**US District court of Washington DC**
**333 Constitution Av Washington, DC 20001**

John F. Harrah, sr..
PO box 32135
Washington DC 20007

VS

Secretary of Treasury
Department of Treasury
1500 Pennsylvania Av Nw Rm 2134
Washington DC 20220

1:06-cv-01145-EGS
Deck Type General Civil

# Disclaimer

This case is a civil action By law under the Privacy Act of 1974
and I am a pro se litigant.
No tort claim filing has been made or is anticipated.
See enclosed sheets, or call for clarification
There are no legal powers of attorney outstanding,
All purported powers of attorney are hereby canceled and held void, worthless
and a nuisance to order and proper litigation

Revised Complaint

1. On May 25, 2007 Chief Justice made decision in the SC 02-688 and we couldn't get a check in the matter no matter what. . In this first complaint is composed of letters to the Treasury of the past in which is ready to go now and will provide a substantial under standing of this law suit to recover the actual damages awarded by the court.

Relief Requested

1. The subject case was filed in March of 2000 and has been ruled "not under the Patriot Act." It is apparent that "hide and seek" has been played with the check. This could be due to the "Harrah Affair."

# RECEIVED

JUN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. This is a civil action law suit, to recover the actual check of actual damages of $800 million granted by Chief Justice Rehnquist in his decisionh to the plaintiff John F. Harrah Sr.

3. Relief is as asked for the same as always since this law suit was filed over six years ago and enumerated above and Judged the same way.

Exhibits 1-5
Letters to Clerk of Court and Treasurer

Respectfully Submitted

Pro Se Litigant
John F. Harrah
PO Box 32135
Washington DC 20007
202 256 3529

No. 02-688

Application 04A43

## Supreme Court of the United States

This case is a civil action By law and I am a pro se litigant.
No tort claim filing has been made or is anticipated.
See enclosed sheets, or call for clarification
There are no legal powers of attorney outstanding,
All purported powers of attorney are hereby canceled and held void, worthless
and a nuisance to order and proper litigation

-------------------------------------------------------------------

Pro se Litigant
John F. Harrah Sr.
Petitioner
Vs

-------------------------------------------------

United States of America

Office of President of United States
George W. Bush,  et al

Porter Goss, et al
DCI CIA

Robert Mueller, et al
Director FBI

Office of President of United States
George W. Bush,  et al

-------------------------

Lenkin Co., Duke Diedrich, CEO

Pro Se Litigant
John F. Harrah
PO Box 32135
Washington DC 20007
(202)256 3529

**SUPREME COURT OF THE UNITED STATES**
**1 First Street, N. E. Washington, DC 20543**

Clerk of Court                                    3/.22/.06
Supreme Court of the US
The Hon william K. Suter
1 First St NE
Washington DC 20543

Dear Sir:

I am the owner of the civil action case on the caption of this document and it has come to my attention that some action may have been taken on the cases a week ago dated about March 15, 2006. It there is any action, we wish to take rule 60 action to preclude it going any further.

This case was known to be exempted from the Patriot Act and signed no documents or made no verbal agreements that could lead someone to think that I could be left out of any communications. It has been the subject on the H-8 for the past 2 Years or so\

We are the owners of the case and have been since it was filed.

Sincerely

John F. Harrah sr.

Pro Se Litigant
John F. Harrah
PO Box 32135
Washington DC 20007
(202) 256 3529

# John F. Harrah

PO Box 32135

**Washington, DC 20007**

202 256 3529


Office of the Treasureer                    May 31, 2006

1500 Pennsylvania Av NW

Room 2134

Washington DC 20220

Fax 202 622 6464


Dear Sir:

I am the owner of lawsuit Supreme Court 02-688 and am the only party to the case. Thursday we received word that the case had been judged by the supreme court in my favor in the amount of $800 million dollars.


We have evidence that the Treasurer checks are not  apportioned correctly and are asking the Office of the treasurer to cancel all checks written on the case at present until we can be heard in some type of hearing perhaps with the Chief Justice. The money is actual damages under the privacy and an actual check is necessary.

This case is a civil action By law and I am a pro se litigant.

No tort claim filing has been made or is anticipated.

Absolutely no Cray computer use

There are no legal powers of attorney outstanding,

All purported powers of attorney are hereby canceled and held void, worthless

and a nuisance to order and proper litigation

053106

## Emergency Stop Request

Since these checks are now canceled and a one month hiatus hass set in for out praecipe and remand, we would like to remind all that this is judged a civil action by the supreme court and they are the final arbiters of this and we need the one month to study this situation so that the relief that we sought will not escape me and my family.l

I'm asking the Treasury Dept.to help this pro se litigant with an urgent request. I had no idea that my $7 Billion law suit would result in no money to myself and my family.

I find that misuse of the Cray computer has relegated this winner to the loser's circle and we need one month or so to study remedies.

The big misusers are Sledge, who has five trailerized Crays running all the time focused on me and the court and congress. He has mysteriously been designated some type of interpleader in secret. He has been allowed to place three of his kids in an adolescent control over me and my family even though I am a Medal of Honor nominee.

The use of Carrie Hintz in our checks by the treasurer has been our undoing and we would not have believed this

when she was hired. When the rest of the goons saw what this could do, the checks collapsed.

Brown, who writes the FRCP, may be further involved in the  conspiracy which was mentioned earlier than we had realized. The  FRCP is not easily understandable, and yet the concepts are simple. This has to be intentioonal.

If you cut these checks without the one month emergency  hold you will be violating every ethical canon in your prosfession since I am the only qualified recipient--the rest are imposters

I will leave you now this morning hoping only for a fair impartial hearing and an end to the using high offices to "get even'.

Sincerely


John F. Harrah

# John F. Harrah

PO Box

32135

## Washington, DC 20007

202 256 3529

Fax 703 416 1903

June 6, 2006

Office of the Treasurer
1500 Pennsylvania Av NW
Room 2134
Washington DC 20220
Fax 202 622 6464

Dear Sir:

I am the owner of lawsuit Supreme Court 02-688 and am the only party to the case. Thursday we received word that the case had been judged by the supreme court in my favor in the amount of $800 million dollars and since have been trying to get a check.

_____

### NEW "Fun and Games"

L Al Zink has attacked Bill Rehnquist Sr. On the Cray computer and Rehnquist is among the missing. It is certain as he has in the past would rule against any hoped for take over of the SC 02-688 which is wrongfully listed as a "override" on the Chief Justice John $oberts/ Ted Turner without any service of process and knowing Zink and Wilkinson are not legal as parties and in fact are misusing the Cray at the court with the knowledge and aforethought of John $oberts/ Ted Turner ("Fun and games" is inside name for unnecessary harrassment and delays like dirty tricks)

2. There is no evidence in the FRCP which Title 28 insists also runs the Supreme court as a District Court of a "override" and as such is patently illegal and disreputable for this court to be dabbling illegally in. There is no evidence that Zink or Wilkinson could be parties to the 02-688 under Harrah It is not legal to let Hendren of the Armhy take over my case because it predates the Patriot Act.

3. WE must stabilize Bill Rehnquist in order to get a check order for my actual damages without Al Queda members Zink and Wilkinson and Hintz attempting to pilfer the funds. The Award was for $800,000,000.00 But

Al Queda member Hintz preferred other size checks and wouldn't follow Rehnquists directions.

4. There is evidence that the FBI has joined the Case with officer Brill on duty. We can only hope they can solve Rehnquists "Controlled Disappearance" before we have to waste more time impeaching.

5. Tomorow was the last day for the extension but as the Treasurer can see, Rehnquist cannot testify and his presence is unknown. Can we get a continuing "hold" further to straighten this out?

Sincerely

John F. Harrah

# John F. Harrah

PO Box

32135

## Washington, DC 20007

202 256 3529

Fax 703 416 1903

June 16, 2006

Office of the Treasurer
1500 Pennsylvania Av NW
Room 2134
Washington DC 20220
Fax 202 622 6464

Dear Sir:

I am the owner of lawsuit Supreme Court 02-688 and am the only party to the case. Earlier we received word that the case had been judged by the supreme court in my favor in the amount of $800 million dollars and since have been trying to get a check.

Misuse of the Cray leads the aforethought is inside name for unnecessary harrassment and delays like dirty tricks)

It is not legal to let Hendren of the Army take over my case because it predates the Patriot Act.

4. There is evidence that the FBI has joined the Case. We can only hope they can solve Rehnquists "Controlled Disappearance" before we have to waste more time impeaching.

5. Monday  will be the last day for the extension but we have been assured of a continuance of these extensions until a check is proffered. Can we get a continuing "hold" further to straighten this out?

Sincerely

John F. Harrah

# John F. Harrah

PO Box 32135

## Washington, DC 20007

202 256 3529

Fax 703 416 1903

June 22, 2006

The Hon John Taylor

Office of the Treasurer

1500 Pennsylvania Av NW

Room 2134

Washington DC 20220

Fax 202 622 6464

Dear Sir:

I am the owner of lawsuit Supreme Court 02-688 and am the only party to the case. Earlier we received word that the case had been judged by Chief Justice Bill Rehnquist in my favor in the amount of $800 million dollars and since have been trying to get a check. The chief had a special allotment from congress to complete my case and file it in a "late: status" The rulings came at

least May 25, 2006 and June 1, 2006 in my favor, John F. Harrah, and for the asked for amount of $800 million.

The rulings were numbered 147/102 and 103 but the web page seems to offer only decisions numbered 547/----- .

Right away Misuse of the Cray took over the legitimate ruling with unauthorized name changes, etc. By the way I am the one and only owner of the Supreme Court 02-688 law suit and the 04A43 eviction application to this day still unfettered.

Later today Al Zink showed up at the Federal Reserve Bank of Richmond where several of the interested were gatjered and was able to deposit some 6 non FMS checks at $800 million each even though 'John F. Harrah" was on most of them.

There is evidence that the FBI has joined the Case. We can only hope they can solve Rehnquists "Controlled Disappearance" before long. Admiral Al Zink may have information, although he did not join this fray until about a month ago. On 6/21/2006 a dirty tricks team led by our old nemesis sleuth Dave Smith of the Marine

corps allegedly entered my motel room and has said to have removed some 10 case studies.

On this thing Bill Rehnquist  still complains of having his full faculties removed so he cannot fully remember the sessions or the law suit and now his decisions and still requests someone to reset his actual memory.

Sincerely

John F. Harrah

# Table of Cases

## Title 28

**Federal question**

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

P1653--Amendment of pleadings to show jurisdiction--Defective allegations of jurisdiction may be amended upon terms in the trial or   appellate courts.

* * * * * * *

FRCP  Pro Se.

Courts are particularly cautious while inspecting pleadings prepared by plaintiffs who lack counsel and are proceeding pro *se*. Often inartful, and rarely composed to the standards expected of practicing attorneys, pro *se* pleadings are viewed with considerable liberality and are held to less stringent standards than those expected of pleadings drafted by lawyers. Notwithstanding this liberality, unrepresented plaintiffs are not relieved of their obligation to allege sufficient facts to support a cognizable legal claim

* * * * * * *

**Pro se litigant-- mentioned on pages 43, 44, 50 of "Rules of Court"**

**In addition, also,** According to a particularly appropriate web page, **"the pro se law page,"** (pro-selaw.com):

*Pro Se* means "on one's own behalf." A 1991 American Bar Association study of self-represented litigants showed:

- Persons with incomes less than $50,000 are more likely to represent themselves.

- About 20% of self-represented litigants report they can afford an attorney but do not want one.

- Self-represented persons are more likely to be satisfied with the judicial process than those who are represented by attorneys.

- Almost 75% of those who represented themselves in court said they would do it again.

Self-representation, when combined with the power of modern information technology can be an important means of providing increased access to the legal system.

* * * * * * *

## No Active Powers of Attorney Recognized by Pro se Plaintiff

The pro se plaintiff has not knowing granted or willingly allowed any Powers of Attorney to be active at this time in this or related cases and renounces and holds valueless any other representations. Any use of the Cray is accepted as an undue influence, that is use of the cray as an undue influence is absolutely prohibited.

Also no FTCA claims are allowed in the Harrah law suit. All law suits are governed under Title 28 and the FRCP and are Civil Action.

# *Actual damages:

DAMAGES, ACTUAL - Actual Damages are real damages to compensate for dollar for dollar loss of income or injuries that have actually occurred. This is in contrast to "nominal" damages (a small amount paid where there is no real loss) or "punitive" damages (intended to punish the party who must pay damages).

When damages, which have been suffered by someone as a result of another's wrongdoing, can be precisely measured, they are called actual damages. Examples of actual damages are:

* loss of income because of an injury * medical expenses * costs of repairing damaged property, and * specific business losses occurring because of a breach of a contract.

Actual damages are rarely awarded in family law cases, although some states now allow a parent to recover from his child's other parent the actual damages suffered if thwarted when trying to exercise visitation rights. An example is the visiting parent who buys a non-refundable plane ticket

to have his child visit him, only to find out that the child has suddenly been shipped off to his grandmother's.

*Actual Damages are money damages--it is the amount you lost because of someone else's hurtful or damaging acct. is always money and really doesn't lend itself to other forms of measurement.

# Gentlemen's agreement prescribed for Harrah Affair.

The precipe contains the following information about the gentlemen's; agreement or constitutionalism:

> 3. On or about June 1, 1967, and continuing till the present day, an ongoing damages producing incident has occurred which has caused plaintiff John f. Harrah, Sr. , pain and suffering also ongoing aggravated pain suffering and abuse at the hands of the US Government from the above date until the present day. The "Harrah affair" is a name given of a literary and artistic event or evolution spanning the above time and is an answer to and an effort to effect redress for the damages done to plaintiff within that time, and sponsored by the Federal government. Since the truth in the case is well known, it is advisable to proceed under a gentleman's agreement. This is under the following gentleman's agreement called "Contitutionalism" in Encarta.

Encarta encyclopedia describes constitutionalsim, also called gentlemen's agreement as follows:

> The Constitution plays a role in virtually every aspect of life in the United States. Its very existence gives rise to *constitutionalism*—the expectation that government will abide by the rule of law and that heated political issues will be fought at the ballot box and in the courts, not on the streets. Even though this expectation has not always been met—the most searing exception being the Civil War—the United States is remarkable for its open political system that, over time, has dramatically expanded rights and freedom for increasing numbers of people.

Thoughtful people understand that we can't be free with one branch trying to cheat or deceive the others. And that when this occurs, it must be ended as soon as discovered and full assistant maneuvered to the damaged parties.

When this cause of action was discovered and the requirement that Harrah be informed, it was decided his First Amendment rights would be guaranteed by the government in order to make sure of a fair trial. No powers of attorney are allowed and no use of the cray computer on the judge or any of the participants.is allowed by the court and purported powers of attorney can be cancelled simply by telling the holder of such a purported document "powers of attorney are cancelled" like the disclaimer on the petition says,   This case is committed to law abiding and main stream American values and legal interpretations, freedom interpretations, and literary, and higher education as it s models and ideals and goals.

At the same time a "Gentleman's agreement" or "Constitutionalism" was agreed on as the prevailing spirit of the case, since it is law abiding and does not desire any organized crime or military supremacist cult involvement.

Pro Se Litigant
John F. Harrah
PO Box 32135
Washington DC 20007
Pro Se Litigant

**Proof of Service**

## Proof of Service

I hereby certify that a copy of "Petition for certiorari" was mailed First Class prepaid to the following addressees on June 23, 2006

Secretary of the Treasury
Department of Treasury
1500 Pennsylvania Av Nw Rm 2134
Washington DC 20220

Lenkin Co,
3140 Wisconsin AV NW
Washington DC 20007

US Attorney
555 Fourth St. NW
Washington DC 20001

Executive Office of the Presidency, et al
White House
1700 Pennsylvania Av
Washington DC 20036

Solicitor General of the United States
Department of Justice, Rm 5614
950 Pennsylvania Av NW
Washington DC 20530

CIA

Mike Hayden, DCI, et al,

Office of general Counsel

Washington DC 20505

FBI

Robert S. Mueller, Director, et al

Office of General Counsel

935 Pennsylvania Av NW

Washington DC 20535

I declare under penalty of perjury

That the foregoing is true and correct

Executed on 06/23/06

Pursuant to 28 USC P1746