*Correction*

US District court of Washington DC  
333 Constitution Av Washington, DC 20001

John F. Harrah, sr..  
PO box 32135  
Washington DC 20007

VS

                                               1:06-cv-01145-EGS  
                                               Deck Type General Civil  
                                                 Pro Se

Secretary of Treasury  
Department of Treasury  
1500 Pennsylvania Av Nw Rm 2134  
Washington DC 20220

## Disclaimer

This case is a civil action By law under the Privacy Act of 1974  
and I am a pro se litigant.  
No tort claim filing has been made or is anticipated.  
See enclosed sheets, or call for clarification  
There are no legal powers of attorney outstanding,  
All purported powers of attorney are hereby canceled and held void, worthless  
and a nuisance to order and proper litigation

Revised Complaint

1. On May 25, 2007 Chief Justice made decision in the SC 02-688 and we couldn't get a check in the matter no matter what. . In this first complaint is composed of letters to the Treasury of the past in which is ready to go now and will provide a substantial under standing of this law suit to recover the actual damages awarded by the court.

Relief Requested

1. The subject case was filed in March of 2000 and has been ruled "not under the Patriot Act." It is apparent that "hide and seek" has been played with the check. This could be due to the "Harrah Affair."

2. This is a civil action law suit, to recover the actual payment in the civil action lawsuit of actual damages granted by Chief Justice Rehnquist in his decision to the plaintiff John F. Harrah Sr.

3. Relief is as asked for the same as always since this law suit was filed over six years ago and enumerated above and Judged the same way.

Exhibits 1-5
Letters to Clerk of Court and Treasurer

**Respectfully Submitted**

Pro Se Litigant
John F. Harrah
PO Box 32135
Washington DC 20007
202 256 3529