*Leave to file the amended complaint is granted.*

*[signature] 7/25/06*

US District court of Washington DC
333 Constitution Av Washington, DC 20001

John F. Harrah, sr..
PO box 32135
Washington DC 20007

July 19, 2006

VS

1:06-cv-01145-EGS
Deck Type General Civil
Pro Se

Secretary of Treasury
Department of Treasury
1500 Pennsylvania Av Nw Rm 2134
Washington DC 20220

Chairman
Federal Reserve Board
20rh Street and ConstitutionAv NW
Washington DC 20551

## Disclaimer

This case is a civil action By law under the Privacy Act of 1974
and I am a pro se litigant.
No tort claim filing has been made or is anticipated.
See enclosed sheets, or call for clarification
There are no legal powers of attorney outstanding,
All purported powers of attorney are hereby canceled and held void, worthless
and a nuisance to order and proper litigation This case respects a modified gentlemen's agreement
And the First Amendment

## First addendum to Revised Complaint, with update to all previous.

Since the filing of the revised complaint on June 30, 2006 the plaintiff has been in negotiations with the Secretary of the Treasury and a Federal

**RECEIVED**

JUL 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reserve bank regarding payment of the damages.

In the period July12--July18 the case was blocked by powerful outsiders who were attracted to the case and tried both to steal the money and keep the plaintiff from succeeding by closing the Federal Reserve Bank from the plaintiffs use in a continuing game of hide and seek.

This is a case about "tracking" the blockage a court case, a judicial decision of the supreme court by members of other parts of the government.

Since the replacement complaint was filed on 6/30/06 many changes in the case have occurred which this update will attempt to remedy.

The payments were identified and made through the Secretary of treasury and deposited in a Federal; Reserve Bank in John Harrah's name.

A branch of the us government "took over" the federal reserve bank The plaintiff could not remove the payments from the bank and was kicked out of the bank three times for trying to enter and quantify details of the account in the bank. Chairman Bemenke was present was acquired by a foreign power and left the scene..

The contract head of the "take over" was fired for disobeying orders, and for using his government power and stalking the case to a specific location that could not have been a coincidence in obvious desire to misuse the Cray computer to steal the court payments.

A US Senator who had been a constant companion of the above individual led a phony theft of the money from the Federal Reserve bank, and deposited in a Delaware bank, Sopranos style.

At this point the case moved into the second part of the month with the plaintiff filing on the chairman of the Federal Reserve system for the turning over of the funds in the bank in an outlying city.,

**Respectfully Submitted**

Pro Se Litigant
John F. Harrah
PO Box 32135
Washington DC 20007
202 256 3529

# Table of Cases

## Title 28

**Federal question**

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

P1653--Amendment of pleadings to show jurisdiction--Defective allegations of jurisdiction may be amended upon terms in the trial or appellate courts.

*******

<u>FRCP   Pro Se.</u>

Courts are particularly cautious while inspecting pleadings prepared by plaintiffs who lack counsel and are proceeding pro *se*. Often inartful, and rarely composed to the standards expected of practicing attorneys, pro *se* pleadings are viewed with considerable liberality and are held to less stringent standards than those expected of pleadings drafted by lawyers. Notwithstanding this liberality, unrepresented plaintiffs are not relieved of their obligation to allege sufficient facts to support a cognizable legal claim

*******

Pro se litigant-- mentioned on pages 43, 44, 50 of "Rules of Court"

**In addition, also,** According to a particularly appropriate web page, "the pro se law page," (pro-selaw.com):

> *Pro Se* means "on one's own behalf." A 1991 American Bar Association study of self-represented litigants showed:
>
> - Persons with incomes less than $50,000 are more likely to represent themselves.
>
> - About 20% of self-represented litigants report they can afford an attorney but do not want one.
>
> - Self-represented persons are more likely to be satisfied with the judicial process than those who are represented by attorneys.
>
> - Almost 75% of those who represented themselves in court said they would do it again.
>
> Self-representation, when combined with the power of modern information technology can be an important means of providing increased access to the legal system.

\* \* \* \* \* \* \*

**No Active Powers of Attorney Recognized by Pro se Plaintiff**

The pro se plaintiff has not knowing granted or willingly allowed any Powers of Attorney to be active at this time in this or related cases and renounces and holds valueless any other representations. Any use of the Cray is accetpted as an undue influence, that is use of the cray as an undue influence is absolutely prohibited.

Also no FTCA claims are allowed in the Harrah law suit. All law suits are governed under Title 28 and the FRCP and are Civil Action.

# *Actual damages:

DAMAGES, ACTUAL - Actual Damages are real damages to compensate for dollar for dollar loss of income or injuries that have actually occurred. This is in contrast to "nominal" damages (a small amount paid where there is no real loss) or "punitive" damages (intended to punish the party who must pay damages).

When damages, which have been suffered by someone as a result of another's wrongdoing, can be precisely measured, they are called actual damages. Examples of actual damages are:

\* loss of income because of an injury \* medical expenses \* costs of repairing damaged property, and \* specific business losses occurring because of a breach of a contract.

Actual damages are rarely awarded in family law cases, although some states now allow a parent

to recover from his child's other parent the actual damages suffered if thwarted when trying to exercise visitation rights. An example is the visiting parent who buys a non-refundable plane ticket to have his child visit him, only to find out that the child has suddenly been shipped off to his grandmother's.

*Actual Damages are money damages--it is the amount you lost because of someone else's hurtful or damaging acct. is always money and really doesn't lend itself to other forms of measurement.

## Gentlemen's agreement prescribed for Harrah Affair.

The precipe contains the following information about the gentlemen's; agreement or constitutionals:

> 3. On or about June 1, 1967, and continuing till the present day, an ongoing damages producing incident has occurred which has caused plaintiff John f. Harrah, Sr., pain and suffering also ongoing aggravated pain suffering and abuse at the hands of the US Government from the above date until the present day. The "Harrah affair" is a name given of a literary and artistic event or evolution spanning the above time and is an answer to and an effort to effect redress for the damages done to plaintiff within that time, and sponsored by the Federal government. Since the truth in the case is well known, it is advisable to proceed under a gentleman's agreement. This is under the following gentleman's agreement called "Contitutionalism" in Encarta.
>
> Encarta encyclopedia describes constitutionalism, also called gentlemen's agreement as follows:
>
>> The Constitution plays a role in virtually every aspect of life in the United States. Its very existence gives rise to *constitutionalism*—the expectation that government will abide by the rule of law and that heated political issues will be fought at the ballot box and in the courts, not on the streets. Even though this expectation has not always been met—the most searing exception being the Civil War—the United States is remarkable for its open political system that, over time, has dramatically expanded rights and freedom for increasing numbers of people.

  Thoughtful people understand that we can't be free with one branch trying to cheat or deceive the others. And that when this occurs, it must be ended as soon as discovered and full assistant maneuvered to the damaged parties.

  When this cause of action was discovered and the requirement that Harrah be informed, it was decided his First Amendment rights would be guaranteed by the government in order to make sure of a fair trial. No powers of attorney are allowed and no use of the cray computer on the judge or any of the participants.is allowed by the court and purported powers of attorney can be cancelled simply by telling the holder of such a purported document "powers of attorney are cancelled" like the disclaimer on the petition says, This case is committed to law abiding and main stream American values and legal interpretations, freedom interpretations, and literary, and higher education as it s models and ideals and goals.
  At the same time a "Gentleman's agreement" or "Constitutionalism" was agreed on as the prevailing spirit of the case, since it is law abiding and does not desire any organized crime or military supremacist cult involvement.

Pro Se Litigant<br>
John F. Harrah<br>
PO Box 32135<br>
Washington DC 20007<br>
Pro Se Litigant

# Proof of Service

## Proof of Service

I hereby certify that a copy of "Replacement Complaint" and/ or "Update" was mailed First Class prepaid to the following addressees on 7/19 2006

Secretary of the Treasury
Department of Treasury
1500 Pennsylvania Av Nw Rm 2134
Washington DC 20220

Chairman

Federal Reserve Board
20th Street and Constitution Avenue, NW
Washington, DC 20551

Lenkin Co,
3140 Wisconsin AV NW
Washington DC 20007

US Attorney

555 Fourth St. NW

Washington DC 20001

Executive Office of the Presidency, et al

White House

1700 Pennsylvania Av

Washington DC 20036

FBI
Robert S. Mueller, Director, et al
Office of General Counsel

935 Pennsylvania Av NW

Washington DC 20535

I declare under penalty of perjury

That the foregoing is true and correct

Executed on 07/19/06

Pursuant to 28 USC P1746

Form 1A        FEDERAL RULES OF CIVIL PROCEDURE        94

### Form 1A. Notice of Lawsuit and Request for Waiver of Service of Summons

TO: ___Chairman___ [as ___Bernanke___ (A)      (B)
of ___Federal Reserve Board___
                         (C)

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the ___Washington___ and has been assigned docket number ___1:06-cv-01145-EGS___.
              (D)                                 (E)

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within ___Sixty (60)___ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.
                (F)

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this ___20___ day of ___July, 2006___.

                _____
                *Signature of Plaintiff's Attorney or Unrepresented Plaintiff*

NOTES

A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—District
E—Docket number of action
F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

(As added Apr. 22, 1993, eff. Dec. 1, 1993.)

| 95 | FEDERAL RULES OF CIVIL PROCEDURE | Form 1B |

**Form 1B. Waiver of Service of Summons**

TO: _____ (name of plaintiff's attorney or unrepresented plaintiff)_____

I acknowledge receipt of your request that I waive service of a summons in the action of _____, which is case number _____ (docket number) _____ in the United States District Court for the _____ (district) _____. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _____ (date request was sent) _____, or within 90 days after that date if the request was sent outside the United States.

_____    _____
Date                Signature
                    Printed/typed name: _____
                    [as _____]
                    [of _____]

*To be printed on reverse side of the waiver form or set forth at the foot of the form:*

DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

(As added Apr. 22, 1993, eff. Dec. 1, 1993.)