## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **John F. Harrah, Sr.,**           )<br>                                              )<br>             **Plaintiff,**           )<br>                                              )<br>         v.                                )<br>                                              )<br>                                              )<br>**U.S. Department of Treasury,** )<br>             **Defendant.**         )<br>                                              ) | Civil Action No.:  06-1145 (TFH) |

### DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., defendant, through counsel, respectfully moves this Court for an enlargement of time to and including September 15, 2006, to respond to plaintiff's Complaint. Plaintiff does not oppose this Motion.

The additional time is required because counsel has been involved in substantial litigation, including the filing of a dispositive motion on this date in <u>Mehrsefat v. Kempthorne</u>, Civil Action Number 06-1060 (HHK), and was unable to complete the defendant's response for a timely filing this day.

This request for enlargement of time is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that defendant shall have up to and including September 15, 2006, to respond to the Complaint.

Respectfully submitted,


__/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
Assistant United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


__/s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by mail, postage prepaid, to:

**JOHN F. HARRAH, SR.**
P.O. Box 32135
Washington, DC 20007
(202) 256-3529
PRO SE

on this 8th day of September, 2006.

_____/s/_____
Wyneva Johnson
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224