**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **John F. Harrah, Sr.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.:  06-1145 (TFH)** |
| | ) | |
| | ) | |
| **U.S. Department of Treasury,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Unopposed Motion for an Enlargement of

Time and for good cause shown, it this _____ day of _____, 2006.

ORDERED that Defendant's Unopposed Motion should be, and it hereby is, granted, and

that Defendant shall have up to and including September 15, 2006 in which to respond to

plaintiff's Complaint.


_____                               _____
DATE                                      UNITED STATES DISTRICT JUDGE


Copies to:

Attorney for Defendant               Pro Se Plaintiff
Wyneva Johnson                       JOHN F. HARRAH, SR.
Assistant United States Attorney     P.O. Box 32135
501 3rd Street, N.W., Civil Division Washington, DC 20007
Washington, D.C. 20530