UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **John F. Harrah, Sr.,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No.:  06-1145 (TFH) |
| | ) |
| | ) |
| **U.S. Department of Treasury,** | ) |
|     **Defendant.** | ) |
| | ) |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                                             Respectfully submitted,

                                             _/s/_____
                                             WYNEVA JOHNSON, DC Bar #278515
                                             Assistant United States Attorney
                                             Judiciary Center Bldg.
                                             555 4th Street, N.W., Civil Division
                                             Washington, D.C. 20530
                                             (202) 514-7224

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was served by mail, postage prepaid, to:

**JOHN F. HARRAH, SR.**
P.O. Box 32135
Washington, DC 20007
(202) 256-3529
PRO SE

on this 8th day of September, 2006.

                                    /s/
                        Wyneva Johnson
                        Assistant United States Attorney
                        United States Attorney's Office
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 514-7224