Exhibit 1

No. 02-688          Status:    DECIDED
                    Title:     In Re John F. Harrah, Sr., Petitioner
                               v.
                               .

Docketed:          Lower Ct:
November 6, 2002

~~Date~~~~~    ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Nov 5 2002     Petition for writ of mandamus and/or prohibition filed. (Response due
               December 6, 2002)
Nov 21 2002    Waiver of right of respondent Federal Respondent to respond filed.
Nov 26 2002    DISTRIBUTED for Conference of December 13, 2002
Dec 16 2002    Petition DENIED.
               *********************************************************
Jan 10 2003    Application (A02-579) to extend the time to file a petition for a
               rehearing from January 10, 2003 to February 9, 2003, submitted to
               The Chief Justice.
Jan 17 2003    Application (A02-579) denied by the Chief Justice.

~~Name~~~~~~~~~~~~~~~~~~~~~    ~~~~~~~Address~~~~~~~~~~~~~~~~~    ~~Phone~~~
Attorneys for Petitioner:
John F. Harrah                       PO Box 32135                      2022563529
                                     Washington, DC 20007
Party name: In Re John F. Harrah, Sr.

Attorneys for Respondent:
Solicitor General                    U.S. Department of Justice
                                     Washington, DC 20530

3 of 15 DOCUMENTS

**IN RE JOHN F. HARRAH, SR.**

**02–688**

**SUPREME COURT OF THE UNITED STATES**

**537 U.S. 1087; 123 S. Ct. 692; 154 L. Ed. 2d 649; 2002 U.S. LEXIS 9406; 71 U.S.L.W. 3416**

**December 16, 2002, Decided**

**JUDGES:** **[*1]** Rehnquist, Stevens, O'Connor, Scalia, Kennedy, Souter, Thomas, Ginsburg, Breyer.

**OPINION:** The petition for a writ of mandamus and/or prohibition is denied.