UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN F. HARRAH, SR.,              )<br>                                              )<br>           Plaintiff,                       )<br>                                              )<br>v.                                           )<br>                                              )<br>                                              )<br>U.S. DEPARTMENT OF TREASURY, et al.  )<br>                                              )<br>           Defendants.                 )<br>                                              )<br>_____) | Civil Action No. 06-1145 (TFH) |

## ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss, any Opposition thereto, and the entire record, it this _____ day of _____, 2006.

ORDERED that defendants' motion should be, and it hereby is, GRANTED, and it is

FURTHER ORDERED that Plaintiff's Revised Complaint is hereby DISMISSED.

_____                                                    _____
DATE                                                                                      UNITED STATES DISTRICT JUDGE

Copies to:

Attorney for Defendants
WYNEVA JOHNSON
Assistant United States Attorney
555 4TH Street, N.W., Civil Division
Washington, D.C. 20530

Pro Se Plaintiff
JOHN F. HARRAH, SR.
P.O. Box 32135
Washington, DC 20007