**US District court of Washington DC**
**333 Constitution Av Washington, DC 20001**

# RECEIVED

SEP **2 1** 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

John F. Harrah, sr..
PO box 32135                                    July 19, 2006
Washington DC 20007

VS                                                      1:06-cv-01145-EGS
                                                            Deck Type General Civil
                                                            Pro Se
Secretary of Treasury
Department of Treasury
1500 Pennsylvania Av Nw Rm 2134
Washington DC 20220

Chairman
Federal Reserve Board
20th Street and Constitution Av NW
Washington DC 20551

# Disclaimer

This case is a civil action By law under the Privacy Act of 1974
and I am a pro se litigant.
No tort claim filing has been made or is anticipated.
See enclosed sheets, or call for clarification
There are no legal powers of attorney outstanding,
All purported powers of attorney are hereby canceled and held void, worthless
and a nuisance to order and proper litigation This case respects a modified gentlemen's agreement
And the First Amendment

## Motion for Judges order for questionnaire status;
## denial of first request for dismissal

Attn: attorney for Chariman

1. Your first motion for dismissal is disapproved. As a federal agency you should have far better access to "reading machines" which could be essential to understanding of this complex subject. The US Attorney's office could be an important first step in this endeavor.

2. In the meantime this is a decree that the questionnaire filled out on 8/15/06 at the Dallas fed now be considered a court order and all efforts be made to understand the transmission of the payment of actual damages by secretary Sheffield and the subsequent blockage of me from the Fed by Judge Hogan, John Sledge and Bill Hendren.

3. Some additional information that may or may not have help for the board is as follows:

Possible proposed account number for account for actual damages:

30388956

This is similar to USAA Federal savings bank, San Antonio, account number now used as a spare, but may have been used for that transmittal.. Member number no.

580312

Harrah's social security number always phone number

436 52 6370            202 256 3529

Respectfully Submitted,

Pro se litigant
John F. Harrah
PO Box 32135
Washington DC 20007
202 256 3529

US District court of Washington DC
333 Constitution Av Washington, DC 20001

## Court Order

**The motion to dismiss is disapproved.**

**The questionnaire over looked by the Fed should be filled out at this time by the proper personnel. This could be an important part of your response and could help greatly in the effort to find out the facts of the case.**

John F. Harrah (Fiat)