# Table of Cases

```
Title 28
```

**Federal question**

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

P1653--Amendment of pleadings to show jurisdiction--Defective allegations of jurisdiction may be amended upon terms in the trial or appellate courts.

\* \* \* \* \* \* \*

```
FRCP   Pro Se.
```
Courts are particularly cautious while inspecting pleadings prepared by plaintiffs who lack counsel and are proceeding pro *se*. Often inartful, and rarely composed to the standards expected of practicing attorneys, pro *se* pleadings are viewed with considerable liberality and are held to less stringent standards than those expected of pleadings drafted by lawyers. Notwithstanding this liberality, unrepresented plaintiffs are not relieved of their obligation to allege sufficient facts to support a cognizable legal claim

\* \* \* \* \* \* \*

```
Pro  se  litigant--  mentioned  on  pages  43, 44, 50 of
"Rules of Court"
```

**In addition, also**, According to a particularly appropriate web page, "the pro se law page," (pro-selaw.com):

*Pro Se* means "on one's own behalf." A 1991 American Bar Association study of self-represented litigants showed:

- Persons with incomes less than $50,000 are more likely to represent themselves.

- About 20% of self-represented litigants report they can afford an attorney but do not want one.

- Self-represented persons are more likely to be satisfied with the judicial process than those who are represented by attorneys.

- Almost 75% of those who represented themselves in court said they would do it again.

Self-representation, when combined with the power of modern information technology can be an important means of providing increased access to the legal system.

\* \* \* \* \* \* \*

**No Active Powers of Attorney Recognized by Pro se Plaintiff**

The pro se plaintiff has not knowing granted or willingly allowed any Powers of Attorney to be active at this time in this or related cases and renounces and holds valueless any other representations.Any use of the Cray is accetpted as an undue influence, that is use of the cray as an undue influence is absolutely prohibited.

Also no FTCA claims are allowed in the Harrah law suit. All law suits are governed under Title 28 and the FRCP and are Civil Action.

# *Actual damages:

DAMAGES, ACTUAL - Actual Damages are real damages to compensate for dollar for dollar loss of income or injuries that have actually occurred. This is in contrast to "nominal" damages (a small amount paid where there is no real loss) or "punitive" damages (intended to punish the party who must pay damages).

When damages, which have been suffered by someone as a result of another's wrongdoing, can be precisely measured, they are called actual damages. Examples of actual damages are:

\* loss of income because of an injury \* medical expenses \* costs of repairing damaged property, and \* specific business losses occurring because of a breach of a contract.

Actual damages are rarely awarded in family law cases, although some states now allow a parent

to recover from his child's other parent the actual damages suffered if thwarted when trying to exercise visitation rights. An example is the visiting parent who buys a non-refundable plane ticket to have his child visit him, only to find out that the child has suddenly been shipped off to his grandmother's.

*Actual Damages are money damages--it is the amount you lost because of someone else's hurtful or damaging acct. is always money and really doesn't lend itself to other forms of measurement.

## Gentlemen's agreement prescribed for Harrah Affair.

The precipe contains the following information about the gentlemen's; agreement or constitutionals:

> 3. On or about June 1, 1967, and continuing till the present day, an ongoing damages producing incident has occurred which has caused plaintiff John f. Harrah, Sr. , pain and suffering also ongoing aggravated pain suffering and abuse at the hands of the US Government from the above date until the present day. The "Harrah affair" is a name given of a literary and artistic event or evolution spanning the above time and is an answer to and an effort to effect redress for the damages done to plaintiff within that time, and sponsored by the Federal government. Since the truth in the case is well known, it is advisable to proceed under a gentleman's agreement. This is under the following gentleman's agreement called "Contitutionalism" in Encarta.
>
> Encarta encyclopedia describes constitutionalism, also called gentlemen's agreement as follows:
>
>> The Constitution plays a role in virtually every aspect of life in the United States. Its very existence gives rise to *constitutionalism*—the expectation that government will abide by the rule of law and that heated political issues will be fought at the ballot box and in the courts, not on the streets. Even though this expectation has not always been met—the most searing exception being the Civil War—the United States is remarkable for its open political system that, over time, has dramatically expanded rights and freedom for increasing numbers of people.
>
> Thoughtful people understand that we can't be free with one branch trying to cheat or deceive the others. And that when this occurs, it must be ended as soon as discovered and full assistant maneuvered to the damaged parties.

      When this cause of action was discovered and the requirement that Harrah be informed, it was decided his First Amendment rights would be guaranteed by the government in order to make sure of a fair trial. No powers of attorney are allowed and no use of the cray computer on the judge or any of the participants.is allowed by the court and purported powers of attorney can be cancelled simply by telling the holder of such a purported document "powers of attorney are cancelled" like the disclaimer on the petition says,   This case is committed to law abiding and main stream American values and legal interpretations, freedom interpretations, and literary, and higher education as it s models and ideals and goals.

      At the same time a "Gentleman's agreement" or "Constitutionalism" was agreed on as the prevailing spirit of the case, since it is law abiding and does not desire any organized crime or military supremacist cult involvement.

Pro Se Litigant<br>
John R. Harrah<br>
PO Box 32135<br>
Washington DC 20007<br>
Pro Se Litigant

# The Federal Reserve Board

# Contact Us

FAQs | Search | FOIA Requests | Proposal Comments

For help in navigating our site or resolving a site-related question, please use our search facility or consult our page of frequently asked questions (FAQs).

Please select a subject to assist us in routing your message:

- ⦿ Comment for Board Members
- ○ Comment for staff group: [ Select staff group ▼ ]
- ○ Comment on economic data: [ Select data type ▼ ]
- ○ General inquiry
- ○ Report a technical problem
- ○ Other: [          ]

Type your message:

```
my message dated 8/15/06 should be considered a court order, since i have
fiat in the case after filing for impeachment of judge hogan and
effectively removing him from the case. dc us district court1:06-cv-01145-
tfh and i have now be returned "fiat" on pacer

john f. harrah
202 256 3529
```

Provide the following information:

- E-mail address: * jonharrah@aol.com
- Telephone number:
- First name: * john
- Last name: * harrah
- Profession:
- Organization:
- Address line 1: * po box 32135
- Address line 2:
- City: * washington
- State: District of Columbia
- Postal code: * 20007
- Country: UNITED STATES

*Required field: The information provided to the Board on this form is used for responding to your comments and inquiries. For further information, please see our privacy statement.*

http://www.federalreserve.gov/feedback.cfm

8/17/200

**Submit message to the Board, or clear the form:**

[ Submit ]   [ Clear ]

---

Home
Accessibility
**Last update: December 3, 2004**

| | |
|---|---|
| Subj: | Response to your email concerning: Board Members |
| Date: | 8/18/2006 9:21:03 AM Central Daylight Time |
| From: | FRB.Mail@frb.gov |
| To: | jonharrah@aol.com |

Dear Mr. Harrah:

Thank you for your most recent correspondence in which you suggested that your previous correspondence to the Federal
Reserve Board "should be considered a court order." I regret that the Federal Reserve Board is not in a position to
make that determination, and, as we explained in the agency's earlier response to you, neither the Federal Reserve
Board nor the Federal Reserve Banks are not authorized to open accounts for individuals. Only depository institutions
and certain other financial entities may open an account at a Federal Reserve Bank.

I regret that we are unable to determine the remaining content of your correspondence in which you make a reference
to "fiat" and damages and funds "transmitted to the bank" by the U.S. Department of the Treasury.

For your information, the verb "fiat" is Latin and refers to an authoritative decree, sanction, or order; the papal fiat, for example. In an economic context, "fiat money" has come to mean the U.S. paper currency made legal tender by
a fiat of the government.

Again, I regret that we are not in a position to assist you.

Sincerely,

JPD
Board Staff


IF YOU NEED TO REPLY TO THIS EMAIL, YOU MUST DO SO FROM OUR PUBLIC WEB SITE AT:
http://www.federalreserve.gov .

-----------------------------------------------------------------------

First Name:     john
Last Name:      harrah
E-Mail:         jonharrah@aol.com
Profession:
Organization:
StreetAddress1: po box 32135
StreetAddress2:
City:           washington
State:          DC
Country:        US
Postal Code:    20007


Email Content:

my message dated 8/15/06 should be considered a court order, since i have fiat in the case after filing for impeachment of judge hogan and effectively removing him from the case.dc us district court1:06-cv-01145- tfh

Friday, August 18, 2006 America Online: Guest

and i have now be returned "fiat" on paper. john f. harrah 202 256 3529. this concerns actual damages funds transmitted to the bank by the us treasury in my name and not delivered as of this time. the