## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN F. HARRAH, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-1145 (TFH) |
| | ) | |
| | ) | |
| U.S. DEPARTMENT OF TREASURY, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants moved to dismiss this case pursuant to Fed. R. Civ. P. 8(a) and 12 (b)(6) on the grounds that Plaintiff had failed to set forth a short and plain statement of his claims and failed to set forth actionable claims. In opposition, Plaintiff has filed a "Motion for Judges Order for Questionnaire Status, Denial of First Request for Dismissal." As with Plaintiff's Revised Complaint, his response provides insufficient information as to his claims from which Defendants can prepare a proper reply.  Moreover, Plaintiff fails to rebut Defendants' Motion to Dismiss.  Hence, that Motion should be granted.

Respectfully submitted,

/s/ _Jeffrey A. Taylor (KM)_

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ _Wyneva Johnson_

WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. Civil Division
Washington, D.C.  20530
(202) 514-7224

OF COUNSEL:
TERESA DAWSON
Senior Counsel
Office of the Chief Counsel
Financial Management Service
Department of the Treasury

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage pre-paid, to:

JOHN F. HARRAH, SR.
P.O. Box 32135
Washington, DC 20007

on this _____29th_____ day of September, 2006.


/s/ _____
WYNEVA JOHNSON, D.C. BAR # 278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7224