UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN F. HARRAH, SR.,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES TREASURY DEPARTMENT,<br><br>-and-<br><br>CHAIRMAN, FEDERAL RESERVE BOARD,<br><br>              Defendants. | Civ. Action No. 06-01145 (TFH) |

### ORDER

Pending before the Court is [6] Defendants' Motion to Dismiss. For the reasons set forth in the accompanying Memorandum Opinion, it hereby is

**ORDERED** that [6] Defendants' Motion to Dismiss is **GRANTED**. Accordingly, the plaintiff's Revised Complaint shall be dismissed without prejudice.

**SO ORDERED**.

September 5, 2007

                                                                                                  Thomas F. Hogan
                                                                                                     Chief Judge